\IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS ALFREDO SUAREZ ESTUPINAN,

     Petitioner,

v.

WARDEN E. EMMERICH and
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

     Respondent.

ORDER

Case No.  26-cv-603-jdp

Petitioner Luis Alfredo Suarez Estupinan seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than July 21, 2026.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 9, 2025 through the date of the petition, June 9, 2026.

ORDER

IT IS ORDERED that:

1.    Petitioner Luis Alfredo Suarez Estupinan may have until July 21, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before July 21, 2026, I will assume that petitioner wishes to withdraw this petition.

Entered this 30th day of June, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge